# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:26-CR-25-MR-WCM |
| v. | **BILL OF INDICTMENT** |
| JAYSON MICHAEL GIBSON | Violation:<br>18 U.S.C. § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 8, 2025, in McDowell County, within the Western District of North Carolina, and elsewhere, the defendant,

## JAYSON MICHAEL GIBSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one of more firearms and ammunition, that is, an American Tactical, Omni Hybrid model, multi caliber designated, AR-Type rifle, Federal, .223 Remington caliber ammunition, and Tulammo, .223 Remington caliber ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: an American Tactical, Omni Hybrid model, multi caliber designated, AR-Type rifle and ammunition seized on or about October 9, 2025, during the course of the investigation.

1

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY

2